UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-mj-02251-Torres

UNITED STATES OF AMERICA
 vs.


JOSEPH JOEL JOHN,

       **Defendant.**

_____/

**MOTION REQUESTING A CONTINUANCE OF THE ARRAIGNMENT**

COMES NOW, the Defendant, JOSEPH JOEL JOHN, by and through the undersigned counsel, and respectfully requests, a 60-day continuance of the arraignment in this case. In support thereof avers the following:

1. This matter involves the investigation of the assassination of the former President of Haiti, Jovenel Moise. Pursuant to that investigation, the Defendant was charged via complaint with Providing Material Support Resulting in Death, in violation of Title 18, U.S.C., Section 2339A, and participating in a Conspiracy to Kill or Kidnap outside the United States, in violation of Title 18, U.S.C., Section 956(a)(1).

2. Defense counsel has been unable to personally meet with his client due to the Creole interpreter being unavailable and on vacation. Additionally, Defense counsel tested positive for Covid-19 on June 7, 2022.

3. Therefore, defense counsel requests additional time to meet with his client personally and to discuss the nature of the charges and potential cooperation, in addition to returning a negative test for Covid-19 before he appears at an in-person hearing

4. The Defendant previously agreed to a continuance of up to 60 days when he executed a speedy trial waiver. *See* Docket Entry 8.

5. Additionally, this case is complex (as was noted in related cases where continuances were also granted, *see United States v. Palacios*, 22 CR 20104-JEM, and *United States v. Jaar*, 22-mj-02070-Louis) and both parties would benefit from the requested additional time.

6. The Defendant would use the additional time to meet with his attorney, review the discovery, prepare his defense, and engage in plea negotiations with the government – which plea negotiations could be affected if the government were to quickly seek an indictment of the Defendant.

7. The government too would benefit from additional time to assure that it has been complete in its gathering of evidence and can accurately present the facts that will ultimately result in this Defendant's indictment.

8. Additionally, the government has started the process of providing discovery to the Defendant and the request for a continuance will not cause any delays as to that process.

9. The undersigned counsel spoke with the attorneys representing the government about the aforementioned facts and they are in agreement with the arraignment being continued for 60 days and have no objection to the foregoing motion.

10. Therefore, the Defendant, by and through undersigned counsel, respectfully requests, a 60 day continuance of the arraignment, and submits that the Court should find that there is good cause to continue the arraignment and exclude time under the Speedy Trial Act, that such continuance does not constitute unnecessary delay and outweighs the Defendant's and the corresponding public's right to a speedy indictment.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 8, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.I also certify that the foregoing document is being served this day via transmission of Notice of Electronic Filing generated by CM.ECF to: United States Attorney's Office for the Southern District of Florida, Federal Justice Building, 99 N.E. Fourth Street, Miami, Florida 33132-2111.

Respectfully Submitted,

**The Kirlew Law Firm, PLLC**
2103 Coral Way | Suite 401
Miami, FL 33145
Email: brian@kirlewlawfirm.com
Tel: 305.521.0484 | Fax: 305.330.5436

By:_____

Brian Kirlew, Esq.
FL Bar No.: 0067218