UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-mj-02251-Torres

**UNITED STATES OF AMERICA**

vs.

**JOSEPH JOEL JOHN,**

      **Defendant.**

_____/

**JOINT MOTION
REQUESTING A CONTINUANCE OF THE ARRAIGNMENT**

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests, jointly with the Defendant, a final continuance of the arraignment in this case until October 19, 2022. In support of this motion, the government states:

1. This matter involves the investigation of the assassination of the former President of Haiti, Jovenel Moise. Pursuant to that investigation, the Defendant was charged via complaint with Providing Material Support Resulting in Death, in violation of Title 18, U.S.C., Section 2339A, and participating in a Conspiracy to Kill or Kidnap outside the United States, in violation of Title 18, U.S.C., Section 956(a)(1).

2. On May 9, 2022, the defendant made his initial appearance after having been extradited from Jamaica. Defense counsel was appointed under the Criminal Justice Act at that initial hearing. The Court set the arraignment or preliminary hearing for May 23, 2022. The Court granted a first joint request of extension setting the arraignment for June 10, 2022. See DE 10. The Court granted a second unopposed motion to continue the arraignment until August 10,

1

2022.  See DE 12.  A third joint motion requesting a 60-day extension was granted by the Court, continuing the arraignment to October 11, 2022.  See DE 17.

3. The attorney for the defendant is on foreign travel for which he will be out of the country until October 9, 2022.

4. Additionally, the government requires a few additional days to finalize the necessary paperwork for October 19, 2022.

5. The parties agree that this is the final request to continue the Defendant's arraignment.

6. Therefore, the parties jointly requests that the arraignment of this matter be rescheduled for October 19, 2022, and submits that the Court should find that there is good cause to continue the arraignment and exclude time under the Speedy Trial Act, that such continuance does not constitute unnecessary delay and outweighs the Defendant's and the corresponding public's right to a speedy indictment.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY:     /s/
ANDREA GOLDBARG
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502556
99 N. E. 4th Street
Miami, Florida   33132-2111
TEL (305) 961-9309
Andrea.Goldbarg@usdoj.gov

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I filed the foregoing document with the Clerk of the Court and served copies to defendant via ECF on October 6, 2022.

                                             /s/
                                         Andrea Goldbarg
                                         Assistant United States Attorney